**File No. 173644**

Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
GREEN TREE SERVICING LLC

| |
|---|
| In Re:<br>      DONNA L. NEWLAND<br><br><br><br>Debtor |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13

Case No. 14-18764 - NLW

Hearing Date: 01/26/2015

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, GREEN TREE SERVICING LLC, the holder of a Mortgage on debtor residence located at 88 TERRACE AVE, JERSEY CITY, NJ 07307-4330 hereby objects to the Confirmation of the debtor proposed Chapter 13 Plan on the following grounds:

1.     Movant is GREEN TREE SERVICING LLC.

2.     Debtor, DONNA L. NEWLAND is the owner of the property located at 88 TERRACE AVE, JERSEY CITY, NJ 07307-4330.

3.     Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

4.     Debtor's Plan currently provides for payment to Movant in the amount of $0.00. A copy of the Debtor's Plan is attached hereto as Exhibit "A" and made a part hereof.

5.     Debtor's Plan provides for the Debtor's pursuit of a loan modification. Debtor's Plan is speculative in nature in that the Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved.

6.     It should be noted that Movant is in the process of drafting and filing a Proof of Claim. The approximate arrears are $67,820.66. Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

7.     Movant objects to Debtor's Plan as the Plan needs to fund the arrears owed to Movant during the term of the Plan rather than rely on speculation that is based on the

possibility of a loan modification. Confirmation of the Debtor's proposed Plan should be denied.

WHEREFORE, GREEN TREE SERVICING LLC respectfully requests that the Confirmation of Debtor Plan be denied.

/s/ John Schneider
John Schneider, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 7367
Fax: 856-813-5501
Email: john.schneider@phelanhallinan.com

Dated: January 23, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

173644
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for GREEN TREE SERVICING LLC

| | |
|---|---|
| In Re: | Case No: 14-18764 - NLW |
| DONNA L. NEWLAND | Hearing Date: 01/26/2015 |
| | Judge: NOVALYN L. WINFIELD |

## CERTIFICATION OF SERVICE

1.  I, Lichelle Morris:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents GREEN TREE SERVICING LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On January 23, 2015, I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 23, 2015                    /s/ *Lichelle Morris*_____
                                           Lichelle Morris

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DONNA L. NEWLAND<br>88 Terrace Avenue, Jersey City, NJ 07307 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| NICHOLAS FITZGERALD, Esquire<br>649 NEWARK AVE<br>JERSEY CITY, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| MARIE-ANN GREENBERG, Trustee<br>30 TWO BRIDGES ROAD, SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.