

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEW JERSEY

Order Filed on March 13, 2015
by Clerk
U.S. Bankruptcy
Court District of New Jersey

**Caption in Compliance with D.N.J. LBF 9004-2(c)**

**NJID 173644**
PHELAN HALLINAN & DIAMOND, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for GREEN TREE SERVICING LLC</u>

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-18764 -NLW |
| DONNA L. NEWLAND A/K/A DONNA NEWLAND | : | Hearing Date 01/12/2015 @ 10:00AM |
| Debtor(s) | : | Judge: NOVALYN L. WINFIELD |

**ORDER VACATING STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 13, 2015**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan & Diamond, PC, attorneys for GREEN TREE SERVICING LLC, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real Property more fully described as: 88 TERRACE AVE, JERSEY CITY, NJ 07307-4330.

Rule 4001(a)(3) is not applicable and GREEN TREE SERVICING LLC may immediately enforce and implement this order granting relief from the automatic stay.

It is further ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assigns.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.